UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLIE LEON HALL III | * | CIVIL ACTION |
| VERSUS | * | |
| | * | No. 19-10253 |
| BP EXPLORATION & PRODUCTION, INC., ET AL. | * | SECTION J(2) |
| | * | |
| Related to: 12-968 BELO in MDL 10-2179 | * | |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 5), and the failure of any party to file an objection to the Report and Recommendation, hereby **ACCEPTS** the Report and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the BP Parties' Partial Motion to Dismiss (Rec. Doc. 4) is **GRANTED** and Plaintiff Charlie Leon Hall, III's complaint is **DISMISSED IN PART** solely as to his claim for chronic sinusitis. This dismissal is without prejudice to refiling once all BELO suit pre-conditions are met. Plaintiff's other claims/conditions in his complaint are not dismissed.

New Orleans, Louisiana, this 11th day of July, 2019.

_____
United States District Judge